NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JONATHAN ANDREW ULYSSES )
FROST, DOC #T97035, )
  )
Appellant, )
  )
v. )  Case No. 2D18-1008
  )
STATE OF FLORIDA, )
  )
Appellee. )
_____ )

Opinion filed November 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Christopher
Sabella, Judge.

Howard L. Dimmig, II, Public Defender,
and Mark J. O'Brien, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.


NORTHCUTT, KELLY, and SMITH, JJ., Concur.